IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 315-006 |
| | ) | |
| OSCAR SIERRA-RUBIO | ) | |

**O R D E R**

Defendant Oscar Sierra-Rubio filed a motion to adopt the motions filed by his co-defendants. The Court **GRANTS** this motion. (Doc. no. 43.) Defense counsel is instructed to file written notice with the Court of the specific motions that Defendant intends to adopt. Such written notice must be filed not later than August 26, 2015. If any of the motions adopted require evidentiary support and/or a supporting memorandum particularized to the circumstances of Defendant, that supporting documentation must be filed along with the written notice of adoption. Counsel is specifically directed to Local Criminal Rule 12.1.

SO ORDERED this 20th day of August, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA